# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1712. DDR SOUTHEAST SNELLVILLE, LLC v. YOGURT KING, INC.**

The appeal of the above-referenced case was docketed on May 15, 2014, and the appellant was notified that its enumerations of error and brief were due within 20 days of docketing (i.e., by June 4, 2014). As of September 23, 2014, appellant has failed to file its enumerations of error and brief and has not moved for an extension of time in which to file. Accordingly, pursuant to Court of Appeals Rules 7 and 23 (a), this appeal is hereby **DISMISSED**. See *Lambros v. Longiotti*, 189 Ga. App. 837 (378 SE2d 416) (1989).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/26/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.